_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-02375-FWS-ADS                    Date: January 22, 2026
Title: Securities and Exchange Commission v. Marco G. Santarelli

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

   Rolls Royce Paschal                                          N/A
     Deputy Clerk                                          Court Reporter

Attorneys Present for Plaintiff:                    Attorneys Present for Defendants:

    Not Present                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECTUION [11] AND SETTING DEADLINE TO SEEK MONETARY REMEDIES**

The Securities and Exchange Commission ("SEC") brings this case against Defendant Marco Santarelli.  (Dkt. 1 (Complaint).)  On January 20, 2026, the court issued an Order to Show Cause re Dismissal for Lack of Prosecution.  (Dkt. 11 ("OSC").)  In the SEC's response to the OSC, (Dkt. 12 ("Response")), the SEC notes that before the case was assigned to this court, the parties filed a Stipulation for Judgment in which Defendant entered a general appearance; consented to the court's jurisdiction over Defendant and the subject matter of this action; consented to entry of judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment.  (Dkt. 4 ("Stipulation").)  "In light of the parties agreeing on a proposed settlement that would resolve the case, save for monetary remedies against [Defendant] to be addressed pending resolution of the Parallel Criminal Action, and the defendant consenting to a judgment reflecting the terms of that proposed settlement, including waiver of service of process of the complaint and summons, the SEC requests that the Court enter the proposed judgment that was filed with the Court on October 20, 2025 and discharge the order to show cause entered at Docket Number 11 in this action."  (Response at 2.)

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the Response, the court **DISCHARGES** the OSC.  The court will enter judgment as requested in the Stipulation.  **If the SEC wishes to seek monetary remedies against Defendant, the SEC shall file an appropriate motion or application within 60 days of resolution of the Parallel Criminal Action.**

_____

**CIVIL MINUTES – GENERAL**                                          1